UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP BLACKWOOD,

Plaintiff,

-against-

WHITE PLAINS POLICE, ET AL.,

Defendants.

25-CV-6306 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated March 26, 2026, the Court directed Plaintiff to file an amended pleading within 60 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: July 9, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.